UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARONE HUBERT and ETIENNE HUBERT )<br><br>       Plaintiffs,                                )<br>v.                                                        )<br>                                                          )<br>STATE OF CONNECTICUT DEPARTMENT )<br>OF CORRECTIONS, CAPTAIN KYLE GODDING,<br>in his personal and official capacities, DEPUTY )<br>WARDEN MICHAEL DAVIS, in his personal and<br>official capacities, CORRECTIONS OFFICER,  )<br>KEVIN CURRY, in his personal and official<br>Capacities, LIEUTENENAT AUSTIN is sued in his )<br>personal and official capacities; LIEUTENANT<br>COLLENDER is sued in his individual as well as his )<br>official capacities<br>                                                          )<br>       Defendants.                            ) | CASE NO.:3:14-cv-00476 (VAB)<br><br>MOTION REQUESTING<br>CONSOLIDATION OF CASES<br><br><br><br>November 10, 2017 |

---And---

1

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARONE HUBERT and ETIENNE HUBERT | Civil Case No.:3:17-cv-248 (VAB) |
| Plaintiffs, | |
| v. | |
| STATE OF CONNECTICUT DEPARTMENT OF CORRECTIONS, CAPTAIN KYLE GODDING, in his Personal and in his Official capacities, DEPUTY WARDEN MICHAEL DAVIS, in his Personal and in his Official capacities, C/O KEVIN CURRY, in his Personal and in his Official capacities LIEUTENANT CICERO CALLENDER in his Personal and in his Official capacities, | MOTION REQUESTING CONSOLIDATION OF CASES |
| | November 10, 2017 |
| Defendants. | |

## A. INTRODUCTION

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, Sharone Hubert and Etienne Hubert in the matters of *Hubert, et al., v. The State of Connecticut Department of Correction, et al,. Civil Case Number 3: 14-cv-00476 (VAB)* (hereinafter referred to as *Hubert I*), and *Hubert, et al., v. The State of Connecticut Department of Correction, et al,. Civil Case Number 3: 17-cv-00248 (VAB)* (hereinafter referred to as *Hubert II*) respectfully request that the Court consolidate the above captioned cases with respect to the Defendants Motion for Dismissal (*Hubert II*), and Motion for Summary Judgment in *Hubert I*. Consolidating these actions will provide the Court as well as the parties the benefits of consolidation- such as avoiding unnecessary costs and duplicative efforts, while ensuring that a decision on whether to

2

consolidate these cases for trial is based on the present state of the cases, and the present state of the evidence.

In support of this Motion the Plaintiffs assert
1. That if the cases are decided separately there is a likelihood they would yield inconsistent results, despite the fact they share the same legal theories, questions of law and facts.

2. Consolidation would save the parties in terms of costs and time.

3. Consolidation would avoid the possibilities of Res Judicata and Collateral Estopple effects.

### B. CONCLUSION

For the foregoing reasons, the Court must grant the Plaintiffs' Motion for Consolidation.

**FOR THE PLAINTIFF,**

Dated: November 10, 2017     BY_____/S/_____
                             Richard C. Gordon, Esq.,
                             91 Westbourne Parkway
                             Hartford, CT 06112
                             Fed Bar No.: ct27288
                             (860) 534-0547
                             (860) 761-8533 FAX
                             Email: rcgordonlaw@Gmail.com

3

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARONE HUBERT and ETIENNE HUBERT ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CASE NO.:3:14-cv-00476 (VAB) |
| v. ) | |
| ) | |
| STATE OF CONNECTICUT DEPARTMENT ) OF CORRECTIONS, CAPTAIN KYLE GODDING, in his personal and official capacities, DEPUTY ) WARDEN MICHAEL DAVIS, in his personal and official capacities, CORRECTIONS OFFICER, ) KEVIN CURRY, in his personal and official Capacities, LIEUTENENAT AUSTIN is sued in his ) personal and official capacities; LIEUTENANT COLLENDER is sued in his individual as well as his ) official capacities ) | PROPOSED ORDER  November 10, 2017 |
| Defendants. ) | |

---And---

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHARONE HUBERT and ETIENNE HUBERT | Civil Case No.:3:17-cv-248 (VAB) |
| Plaintiffs, | |
| v. | |
| STATE OF CONNECTICUT DEPARTMENT OF CORRECTIONS, CAPTAIN KYLE GODDING, in his Personal and in his Official capacities, DEPUTY WARDEN MICHAEL DAVIS, in his Personal and in his Official capacities, C/O KEVIN CURRY, in his Personal and in his Official capacities LIEUTENANT CICERO CALLENDER in his Personal and in his Official capacities, | PROPOSED ORDER<br><br>November 10, 2017 |
| Defendants. | |

**[PROPOSED] ORDER**

Upon consideration, the Motion to Consolidate filed by the Plaintiffs in *Hubert, et al., v. The State of Connecticut Department of Correction, et al,. Civil Case Number 3: 14-cv-00476 (VAB)* (*Hubert I*), and *Hubert, et al., v. The State of Connecticut Department of Correction, et al,. Civil Case Number 3: 17-cv-00248 (VAB)* (*Hubert II*) is hereby:

_____ Granted

_____ Denied

_____
Hon. Victor A. Bolden, U.S.D.J.

## CERTIFICATION OF SERVICE

The undersigned counsel certifies that a copy of the foregoing Motion for Consolidation and Memorandum of law in support will be filed on the Court's Electronic filing system on or immediately after November 11, 2017.

**To:** Office of the Attorney General
Attn: Ann Lynch, Asst. Atty. Gen.
Erik Lohr, Asst. Atty. Gen.
55 Elm Street-P.O. Box 120
Hartford, CT 06141-120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-Mail: Ann.Lynch@ct.gov
E-Mail: Erik.Lohr@ct.gov

**FOR THE PLAINTIFF,**

Dated: November 10, 2017        BY_____/S/_____
Richard C. Gordon, Esq.,
91 Westbourne Parkway
Hartford, CT 06112
Fed Bar No.: ct27288
(860) 534-0547
(860) 761-8533 FAX
Email: rcgordonlaw@Gmail.com